**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

**CRIMINAL NO.  4:98CR89**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **BARRON FIONE JONES** | ) | |
| | ) | |


**THIS MATTER** is before the Court on the Defendant's motion for reconsideration pursuant to 18 U.S.C. § 3582(c)(2), filed March 16, 2009. The motion is denied.

The Court denied Defendant's previous motion for reduction of sentence based upon the new amendment to the crack cocaine Guidelines.  *See* **Order, filed December 16, 2008.**  He asks for reconsideration, citing his significant rehabilitation efforts.  However, although Amendment 706 reduces by two levels the Defendant's base offense level, the fact remains that due to the significant amount of crack cocaine attributed to the Defendant as well as his classification as a career offender, the resulting adjusted and total offense levels remain the same.

Therefore, even giving the Defendant the benefit of his rehabilitative efforts, Amendment 706 has no effect on his sentence.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for reconsideration is hereby **DENIED**.

Signed: August 3, 2009

Lacy H. Thornburg
United States District Judge